RALPH J. MARRA, JR.
Acting United States Attorney
BY: PETER W. GAETA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2700

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. PETER G. SHERIDAN, U.S.D.J. |
| v | : | Criminal No. 07-414 |
| ROBERT DANETZ | : | FINAL ORDER OF FORFEITURE |

**WHEREAS**, a Consent Judgment and Preliminary Order of Forfeiture between the United States and the defendant, **ROBERT DANETZ**, was entered into on May 16, 2007, pursuant to the terms of a Plea Agreement under which defendant **ROBERT DANETZ**, pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 2461(c) for violation of 18 U.S.C. § 371, agreed to the forfeiture of $802,241.00 in United States currency as paid in the following amounts:

a) $406,421.22 which represents the amount seized on February 13, 2007, from defendant, Robert Danetz's retirement account, bearing account number 895-95086, at Friedman, Billings and Ramsey located at 1001 19th Street North, Arlington, Virginia 22209; and

b) $395,819.78 which defendant, Robert Danetz, agrees to pay prior to sentencing and represents the remainder of the forfeiture amount; and

**WHEREAS**, on, June 15, 22, and 29, 2007, the United States published in "The Record" a notice to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; (See Declaration of Karl H. Buch, filed herein as Exhibit A); and

**WHEREAS**, no claims have been filed on the property by any third parties.

THEREFORE it is hereby **ORDERED, ADJUDGED AND DECREED:**

**THAT**, a Final Order of Forfeiture is entered and that $802,241.00 is forfeited to the United States of America and no right, title or interest in the assets shall exist in any other party. The $802,241.00 in forfeiture being paid as follows:

a) $406,421.22 which represents the amount seized on February 13, 2007, from defendant, Robert Danetz's retirement account, bearing account number 895-95086, at Friedman, Billings and Ramsey located at 1001 19th Street North, Arlington, Virginia 22209; and

b) $395,819.78 which defendant, Robert Danetz, agrees to pay prior to sentencing and represents the remainder of the forfeiture amount;

is hereby forfeited to the United States of America for disposition in accordance with the law and that no right, title or interest in the assets shall exist in any other party.

**THAT**, any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the Internal Revenue Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Internal Revenue Service into the Department of the Treasury Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

*Any party or third party may apply for relief from this\**

**ORDERED** this 31 day of December, 2008

_____
HON. PETER G. SHERIDAN
United States District Judge

\**order within two days.* (PGS)

-2-