# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

December 17, 2009

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

Honorable Peter G. Sheridan
United States District Court Judge
Martin Luther King, Jr. Federal
Building and U.S. Courthousethouse
50 Walnut Street
Newark, New Jersey 07102

RE: **United States v. Robert Danetz**
Docket No.: 07-00414-001
*Request for Early Termination*

Dear Judge Sheridan:

On September 7, 2007, Your Honor sentenced Danetz to eighteen (18) months imprisonment, two (2) years supervised release, a fine of $7,500 and a $100 special assessment for Conspiracy to Commit Securities Fraud. Special conditions of supervision include financial disclosure, the preclusion of new debt, cooperation with the Internal Revenue Service and the collection of DNA. We are responding to the offender's recent correspondence to the Court requesting an early termination.

Titles 18 U.S.C. §§ 3564(c) and 3583(e)(1) permit the Court to terminate a term of probation in misdemeanor cases at any time and terms of supervised release *or probation in felony cases after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice*. On February 6, 2009, Danetz was released from custody; he has been supervised in the District of New Jersey since that time. Danetz maintains a stable residence, is retired, and there is no evidence of alcohol/drug abuse, gambling or psychiatric episodes. Furthermore, a criminal history inquiry indicates Dantetz has not sustained any arrests during the period of supervision. DNA was collected and the offender has paid his special assessment.

In accordance with Title 18 U.S.C. § 3564(c) and our current Monograph 109, it appears the offender will be a suitable candidate for early termination on February 6, 2010. I am available to discuss this matter further and can be reached at (973) 357-4086.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U. S. Probation Officer

By: Kevin P. Egli
U. S. Probation Officer

cc: Karl Buch, Esq.
United States Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

7/L
Supervised Release is terminated on Feb 6, 2010.
SO ORDERED: Peter G. Sheridan
DATED: 12/22/09